# EXHIBIT A





















