# EXHIBIT B



realtor.com

Buy  Sell  Rent  Mortgage  Find Realtors®  My Home  News & Insights

Hazlehurst, GA    ×    Q    Georgia › Jeff Davis County › Hazlehurst › 84 Beecher Rd

Log In  Sign Up  |  Advertise

‹ Back

Presented by: Stephanie Capalbo with GA Dreamworks Realty LLC

For Sale - Active

📷 2 / 27

**More about this property**

Your Name

Email

Phone

I'm interested in 84 Beecher Rd

○ Get pre-approved by a lender.

**Email Agent**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More.

♦ **$599,000**

📊 Estimate Payment

♡ Save this Home

✉ Add Note    ↪ Share    ⊘ Hide

4 beds    2.5 baths    2,500 sq ft    103.0 acre lot

📍 Map    84 Beecher Rd, Hazlehurst, GA 31539

Commute Time

🖥 **Open House**

None at this time    **Request a Private Showing**

⟨⟩ **Property Details**



realtor.com    Buy    Sell    Rent    Mortgage    Find Realtors®    My Home    News & Insights

Hazlehurst, GA    ×    Q

Imported From Sa...    Clients - Liebowit...    Legal Case Manag...    Search Builder    Division of Corpor...    Imagining USA 20...    BREAKING NEWS...

Log In  Sign Up    Advertise

‹ Back    Georgia › Jeff Davis County › Hazlehurst › 84 Beecher Rd

Presented by: Stephanie Capalbo with GA Dreamworks Realty LLC

For Sale — Active

🔺 11 / 27

**More about this property**

👤 Your Name

✉ Email

📞 Phone

I'm interested in 84 Beecher Rd

**Email Agent**

☐ Get pre-approved by a lender.

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More.

**$599,000**

📊 Estimate Payment

♡ Save this Home

📝 Add Note    ↗ Share    ⊘ Hide

9 Map

4 beds    2.5 baths    2,500 sq ft    103.0 acres lot

Commute Time  84 Beecher Rd, Hazlehurst, GA 31539

🏠 **Open House**

None at this time    **Request a Private Showing**

🏛 **Property Details**



















realtor.com   Buy   Sell   Rent   Mortgage   Find Realtors®   My Home   News & Insights

Log In   Sign Up   Advertise

Hazlehurst, GA

Back   Georgia › Jeff Davis County › Hazlehurst › 84 Beecher Rd

Presented by: Stephanie Cupaiho with GA Dreamworks Realty LLC

10 / 22

## More about this property

👤 Your Name

✉ Email

📞 Phone

I'm interested in 84 Beecher Rd

**Email Agent**

○ Get pre-approved by a lender.

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More.

♡ Save this Home

Add Note   ↗ Share   ⊘ Hide

**$599,000**

🏦 Estimate Payment

For Sale   Active

Map

📍 4 beds   2.5 baths   2,500 sq ft   103.0 acres lot

Commute Time   84 Beecher Rd, Hazlehurst, GA 31539

## Open House

None at this time

**Request a Private Showing**

## Property Details for 84 Beecher Rd






























































































## 64 Beecher Rd

Hazlehurst, GA 31539
Jeff Davis County School District

4 bed | 2 bath | 1 pt. bath | 2,500 sq ft | $240/sq ft | SFR
Lot Size 1.03 acre | Built 1988 | Grass 78 days

**Photos** | Maps | Bird's Eye | Street View

For Sale: **$599,000**

Request a Showing



11 of 27 photos

Save | Request More Info | Go See This Home

### Tour This Home

First Name

Last Name

Email

Phone

Create Password

Message

Any questions or comments?

**Contact Agent**

### Nearby Homes For Sale





















































































































