IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| EDWARD HANSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| | * | 5:20-CV-00104 |
| GEORGIA DREAMWORKS REALTY, LLC, | * | |
| Defendant. | * | |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW Georgia Dreamworks Realty, LLC, defendant in the above-styled action, and hereby files this motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and 12(b)(6) and moves this Court for an order dismissing the above-styled action on the grounds that:

1. This Court lacks in personam jurisdiction over defendant because this defendant does not reside within the Middle District of Georgia and none of the alleged transactions and occurrences happened within the Middle District of Georgia;

2. The venue of this action is improper because defendant does not reside within the Middle District of Georgia, and none of the alleged transactions or occurrences happened within the Middle District of Georgia;

3. Process is insufficient in this matter because the attorney signing the complaint is neither a member of the Georgia Bar nor admitted to practice in the Middle

District of Georgia;

4. The complaint fails to state a claim upon which relief can be granted because the attorney filing this action is neither a member of the State Bar of Georgia nor admitted to practice in Middle District of Georgia.

In support of this motion, defendant relies upon the following:

1. All pleadings of record in this case;

2. The brief in support of this motion.

By filing this motion, defendant does not waive any affirmative defenses or matters in abatement, and defendant hereby expressly preserves and reserves any such affirmative defenses, matters in abatement, and/or any other defenses it possesses.

WHEREFORE, defendant respectfully request this Court to grant its motion to dismiss.

This 10th day of April, 2020.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

BY: /s/ J. Holder Smith, Jr.
P. O. Box 3007                      J. Holder Smith, Jr.
Valdosta, GA   31604                State Bar No. 661105
(229) 242-2520 Telephone            Attorney for Defendant
(229) 242-5040 Facsimile
Email: jaysmith@youngthagard.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT'S MOTION TO DISMISS** upon the following using the CM/ECF system which will send notification of such filing to the following:

> Richard P. Liebowitz
> Liebowitz Law Firm, PLLC
> 11 Sunrise Plaza, Suite 305
> Valley Stream, NY 11580
> Email: RL@LiebowitzLawFirm.com

This 10th day of April, 2020.

BY: /s/J. Holder Smith, Jr.
J. Holder Smith, Jr.
Attorney for Defendant