IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD HANSON, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: |
| | * 5:20-CV-00104 |
| GEORGIA DREAMWORKS REALTY, LLC, | * |
| Defendant. | * |

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to Fed. R. Civ. P. 12(I), defendant Georgia Dreamworks Realty, LLC requests oral argument on its Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), and 12(b)(6) motion to dismiss.

This 10th day of April, 2020.

                                    YOUNG, THAGARD, HOFFMAN, LLP

Address of Counsel:

                                  BY: /s/ J. Holder Smith, Jr.
P. O. Box 3007                           J. Holder Smith, Jr.
Valdosta, GA  31604                 State Bar No. 661105
(229) 242-2520 Telephone        Attorney for Defendant
(229) 242-5040 Facsimile
Email: jaysmith@youngthagard.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT'S REQUEST FOR ORAL ARGUMENT** upon the following using the CM/ECF system which will send notification of such filing to the following:

>Richard P. Liebowitz
>Liebowitz Law Firm, PLLC
>11 Sunrise Plaza, Suite 305
>Valley Stream, NY 11580
>Email: RL@LiebowitzLawFirm.com

This 10th day of April, 2020.

>>BY: /s/J. Holder Smith, Jr.
>>J. Holder Smith, Jr.
>>Attorney for Defendant