IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD HANSON, | * |
| Plaintiff, | * |
| v. | * Civil Action No.: |
| | * 5:20-CV-00104 |
| GEORGIA DREAMWORKS REALTY, LLC, | * |
| Defendant. | * |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

COMES NOW Georgia Dreamworks Realty, LLC, defendant in the above-styled action, and hereby responds to plaintiff's Motion for Extension of Time. Defendant consents to said motion.

This 14th day of May, 2020.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

BY: /s/ J. Holder Smith, Jr.
P. O. Box 3007                                    J. Holder Smith, Jr.
Valdosta, GA  31604                         State Bar No. 661105
(229) 242-2520 Telephone            Attorney for Defendant
(229) 242-5040 Facsimile
Email: jaysmith@youngthagard.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME** upon the following using the CM/ECF system which will send notification of such filing to the following:

>Richard P. Liebowitz
>Liebowitz Law Firm, PLLC
>11 Sunrise Plaza, Suite 305
>Valley Stream, NY 11580
>Email: RL@LiebowitzLawFirm.com

This 14th day of May, 2020.

          BY: /s/J. Holder Smith, Jr.
             J. Holder Smith, Jr.
             Attorney for Defendant