# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD  LIEBOWITZ_____, Bar # _____RL1234_____

was duly admitted to practice in the Court on

_____October 20, 2015_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.              On       March 5, 2020
            New York, New York

        Ruby J. Krajick                By     [signature]
         Clerk of Court                        Deputy Clerk