UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

EDWARD HANSON,

                        Plaintiff,

-against-

GA DREAMWORKS REALTY, LLC

                        Defendant

Docket No. 5:20-cv-104-MTT

**STIPULATION REGARDING TRANSFER OF VENUE**

Plaintiff Edward Hanson ("Plaintiff"), on the one hand, and GA Dreamworks Realty, LLC ("Defendant"), on the other hand, hereby agree, through their undersigned counsel as follows:

WHEREAS, Plaintiff filed a Complaint against Defendant on March 16, 2020 in the United States District Court, Middle District of Georgia, entitled *Edward Hanson v. GA Dreamworks Realty, LLC* Case No. 5:20-cv-104-MTT (the "Action");

THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel, to avoid motion practice on the issue of personal jurisdiction hereby stipulate that the parties agree to transfer venue of the Action to the United States District Court for the Southern District of Georgia, Brunswick Division.

IT IS FURTHER AGREED that Plaintiff's counsel shall have 14 days to file it pro hac vice application after the United States District Court for the Southern District of Georgia opens and assigns a docket number to this matter.

1

IT IS FURTHER AGREED that Defendant shall have 21 days to respond to Plaintiff's complaint after the United States District Court for the Southern District of Georgia opens and assigns a docket number to this matter.

IT IS SO STIPULATED AND AGREED.

Dated: June 3, 2020                                LIEBOWITZ LAW FIRM, PLLC

                                                   By: /s/Richard Liebowitz
                                                       Richard Liebowitz

                                                   *Attorneys for Plaintiff Edward Hanson*

Dated: June 3, 2020                                Respectfully submitted,

                                                   By: /s/Jay Holder Smith Jr.
                                                       Jay Holder Smith, Jr.

                                                   *Attorneys for GA Dreamworks Realty, LLC*