| | |
|---|---|
| **From:** | GASDdb_efile_Support |
| **To:** | InterDistrictTransfer_GAMD |
| **Subject:** | Transferred case has been opened |
| **Date:** | Tuesday, June 9, 2020 12:11:38 PM |

CASE: 5:20-cv-00104

DETAILS: Case transferred from Georgia Middle has been opened in Southern District of Georgia as case 2:20-cv-00061, filed 06/09/2020.